**No. 10-257. North County Communications Corp., Petitioner v. California Catalog & Technology, dba CTT Telecomms (OCN 573B), et al.**

562 U.S. 1062, 131 S. Ct. 645, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9125.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 594 F.3d 1149.

**No. 10-268. IAC/InterActiveCorp, et al., Petitioners v. Cosmetic Ideas, Inc., dba Sweet Romance Jewelry Manufacturing.**

562 U.S. 1062, 131 S. Ct. 686, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9438.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 612.

**No. 10-274. Gillian B. Loya, as Personal Representative of the Estate of Ricardo D. Loya, Deceased, et al., Petitioners v. Starwood Hotels & Resorts Worldwide, Inc., et al.**

562 U.S. 1062, 131 S. Ct. 645, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9124.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 583 F.3d 656.

**No. 10-276. Robert C. Bruner, et al., Petitioners v. Bert Hartsfield, in His Official Capacity as Property Appraiser of Leon County, Florida, et al.**

562 U.S. 1062, 131 S. Ct. 646, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9221.

November 29, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 3d 192.

**No. 10-278. Educational Media Company at Virginia Tech, Incorporated, et al., Petitioners v. Susan R. Swecker, Commissioner, Virginia Department of Alcoholic Beverage Control, et al.**

562 U.S. 1062, 131 S. Ct. 646, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9256.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 602 F.3d 583.

**No. 10-279. Carpenter Technology Corporation, Petitioner v. Agere Systems, Inc., et al.**

562 U.S. 1062, 131 S. Ct. 646, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9093.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 602 F.3d 204.